IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 13-cv-03078-RBJ

ANNETTE SILLS-BROWN,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, by and through its
BOARD OF EDUCATION OF DENVER SCHOOLS,

    Defendant.

## ORDER

This case comes before the Court on Defendant's Motion to Dismiss Plaintiff's Second and Third Claims [ECF No. 12]. On February 6, 2014 the plaintiff moved for an extension of time to file a response [ECF No. 13], which the Court granted [ECF No. 14]. The Court directed Ms. Sills-Brown to file a response on or before April 8, 2014, which the plaintiff has not done. Further, Ms. Sills-Brown has not sought to amend the Complaint to cure the defects discussed in the motion to dismiss. The Court has reviewed the defendant's motion and finds the arguments sound and persuasive. For this reason, and due to a lack of response from the plaintiff, the Court grants the motion.

**ORDER**

The Court GRANTS Defendant's Motion to Dismiss Plaintiff's Second and Third Claims [ECF No. 12] without prejudice. As there are remaining claims, the parties are hereby ordered to contact Chambers no later than 14 days after the filing of this Order to set a Scheduling

Conference.

DATED this 21st day of April, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge