IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 13-cv-03078-RBJ

ANNETTE SILLS-BROWN,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, by and through its Board of Education of Denver Schools,

    Defendant.

---

## APPOINTMENT ORDER

---

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that Plaintiff Annette Sills-Brown merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the pro se party's claims;

    3) the demonstrated inability of the pro se party to retain counsel by other means; and

    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter. The pro se litigant is advised that there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program. The pro se litigant is further cautioned that, until appointed counsel enters an

appearance, the litigant is responsible for all scheduled matters, including hearings, depositions, motions, and trial.

Dated at Denver, Colorado this 27th day of June, 2014.

_____
U.S. DISTRICT JUDGE