IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-03078-RBJ-BNB

ANNETTE SILLS-BROWN,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS, by and through its Board of Education of Denver Schools,

Defendant.

_____

## ORDER
_____

Consistent with the orders of the district judge [Doc. ## 37-38],

IT IS ORDERED that a settlement conference will be held on **January 21, 2015, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  All settlement conferences are confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a confidential settlement statement to my chambers on or before **January 14, 2015**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated January 6, 2015.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge