IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-03078-RBJ-BNB

ANNETTE SILLS-BROWN,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS, by and through its Board of Education of Denver Schools,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before February 4, 2015, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 21, 2015.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge